FRANK DEMILO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 47 Conn. App. 905 (AC 16644), is denied.

*Heidi Clark,* in support of the petition.

*Francis C. Vignati,* in opposition.

Decided November 20, 1997

STATE OF CONNECTICUT *v.* KENNETH JAMISON

The defendant's petition for certification for appeal from the Appellate Court (AC 17439) is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Pamela S. Nagy,* assistant public defender, in support of the petition.

*Susan C. Marks,* supervisory assistant state's attorney, in opposition.

Decided November 20, 1997

STANLEY DORSEY *v.* UNITED TECHNOLOGIES CORPORATION/NORDEN SYSTEMS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 707 (AC 16378), is granted. The case is remanded to the Appellate Court for reconsideration in light of *Discuillo* v. *Stone & Webster,* 242 Conn. 570 (1997).

In view of our remand without further proceedings in this court, the provisions of Practice Book § 4138 are waived.